■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PHILIP RASTELLI, Appellant.—Order of the County Court, Suffolk County, dated May 16, 1977 (appeal by permission), affirmed on the opinion of Judge Murov. Latham, J. P., Suozzi, Gulotta, Shapiro and Cohalan, JJ., concur.